UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
CHARLES A. COLLIER
MARY K. COLLIER  CASE NO. 14-83815

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** BMO Harris Bank NA  **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account: 4878

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4214.89 (Per Confirmed Plan dated 5/5/18) |
| Amount Paid by Trustee | $4214.89 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan     ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated: 2/7/18    /s/Lydia S. Meyer
                 Lydia S. Meyer, Trustee
                 308 W. State St., Suite 212
                 Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 7th Day of February, 2018

Dated: 2/7/18    /s/Cynthia K. Burnard

BMO HARRIS BANK NA
PO BOX 2035
MILWAUKEE, WI 53201-2035

BMO HARRIS BANK
111 WEST MONROE STREET
CHICAGO, IL  60603

BMO HARRIS BANK NA
ATTN: BRK-180-RC
770 N WATER STREET
MILWAUKEE, WI 53202-3593

CHARLES A. COLLIER
MARY K. COLLIER
2020 CLEMATIS DRIVE
ALGONQUIN, IL  60102

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603